IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| E.H., A MINOR, BY AND THROUGH HER PARENT AND LEGAL GUARDIAN, N.V.; <br><br> Plaintiff, <br><br> vs. <br><br> RICE ENTERPRISES, LLC, d/b/a MCDONALDS; MCDONALDS USA, LLC; and MCDONALDS CORPORATION, <br><br> Defendants. | 2:22-CV-01591-CRE |

**ORDER RE: SUGGESTION OF BANKRUPTCY (ECF No. 27)**

**AND NOW**, this 4th day of April, 2023, Defendant Rice Enterprises, LLC, having notified the Court that it has filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101, *et seq.,* in the United States Bankruptcy Court for the Western District of Pennsylvania at Bankruptcy Number 23-bk-20556, thereby invoking an automatic stay as to it in accordance with the provisions of 11 U.S.C. § 362,

**IT IS HEREBY ORDERED** that the above-captioned case is stayed only as to Defendant Rice Enterprises, LLC.

Nothing contained in this order shall be considered a dismissal or disposition of this matter on the merits as to Defendant Rice Enterprises, LLC.

BY THE COURT:

s/Cynthia Reed Eddy
Cynthia Reed Eddy
United States Magistrate Judge