UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| E.H., A MINOR, BY AND THROUGH HER PARENTS AND LEGAL GUARDIAN, N.V., <br><br> Plaintiff, <br><br> v. <br><br> RICE ENTERPRISES, LLC d/b/a MCDONALD'S, MCDONALD'S USA, LLC, and MCDONALD'S CORPORATION, <br><br> Defendants. | Case No. 2:22-cv-1591-CRE |

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a), the Parties hereby stipulate to the dismissal of the above-captioned action with prejudice. The case has been resolved. Each party will bear its own costs.


Respectfully submitted,

*/s/ Christi Wallace*
Christi Wallace (Pa. ID No. 313721)
MKO EMPLOYMENT LAW LLC
429 Fourth Avenue, Suite 300
Pittsburgh, PA 15219
(412) 301-2702 Direct
(412) 223-4613 Fax
c@mkolaw.com
*Counsel for Plaintiff, E.H., a minor, by and through her parent and legal guardian, N.V.*

*/s/ Terrance Henne*
Terrance R. Henne (Pa. ID No. 62038)
Mintzer, Sarowitz, Zeris, Ledva, & Meyers, LLP
2605 Nicholson Road
Building V, Suite 5100
Sewickley, PA 15143
thenne@defensecounsel.com

*Counsel for Defendant, Rice Enterprises, LLC d/b/a McDonald's*

/s/ Jayme Butcher
Jayme L. Butcher (Pa. ID No. 87568)
Samantha L. Kovalyak (Pa. ID No. 328175)
Blank Rome LLP
501 Grant Street, Suite 850
Pittsburgh, PA 15219
Phone: (412) 932-2800
jayme.butcher@blankrome.com
samantha.kovalyak@blankrome.com
*Counsel for Defendants McDonald's US LLC and McDonald's Corporation*